# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHELTER MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MAHBUB LLC, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  NO. 21-CV-0063-JH-CDL<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the order entered this date and the stipulation entered November 10, 2021, judgment is entered in favor of plaintiff and against defendants. Plaintiff has no duty under Shelter policies 35-71-8861498-1 and/or 35-71-88611498-1 to indemnify or defend defendants Mahbub LLC, MS Corporation, MD Mahbubul Alam, or Sadia Islam, as to the claims of Hailey Munds or Alicia Scott asserted in Case No. CJ-2020-2995, District Court of Tulsa County, State of Oklahoma.

**IT IS SO ORDERED**.

Dated this 14th day of June, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE